AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia, Norfolk

|  |  |  |  |
|---|---|---|---|
| Premier Exhibitions, Incorporated, et al. | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 2:12cv544 |
| Marmargar, Incorporated | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Premier Exhibitions, Incorporated and RMS Titanic, Incorporated                                    .

Date:     10/02/2012

/s/ Robert W. McFarland
*Attorney's signature*

Robert W. McFarland VSB#24021
*Printed name and bar number*

McGuireWoods LLP
101 W. Main Street
9000 World Trade Center
Norfolk, Virginia 23510
*Address*

rmcfarland@mcguirewoods.com
*E-mail address*

(757) 640-3716
*Telephone number*

(757) 640-3966
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing was filed via ECF and mailed to the following on this <u>2nd</u> day of October, 2012:

Marissa A. Coheley
Hodgson Russ, LLP-NY
Suite 100
140 Pearl Street
The Guaranty Building
Buffalo, NY 14202

Michell L. Merola
Hodgson Russ, LLP-NY
Suite 301
677 Broadway
Albany, NY 12207

Ryan T. Pumpian
Bryan Cave, LLP-ATL
One Atlantic Center, 14th Floor
1201 West Peachtree St, NW
Atlanta, GA 30309-3488

*Counsel for Marmargar, Incorporated*

/s/ Robert W. McFarland
Robert W. McFarland, VSB No. 24021
Shepherd D. Wainger, VSB No. 33107
Erin Q. Ashcroft, VSB No. 74639
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA 23510
Tel:     757/640-3700
Fax:    757/670-3901
rmcfarland@mcguirewoods.com
swainger@mcguirewoods.com
eashcroft@mcguirewoods.com

*Counsel for Premier Exhibitions,*
*Incorporated AND*
*RMS Titanic, Incorporated*